[No. 8642–5–II.   Division Two.   June 12, 1987.]

INCOME REAL ESTATE PARTNERSHIP No. 5, *Respondent, v.*
PIERCE COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-01036-7, D. Gary Steiner, J., entered March 27, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Petrie, J. Pro Tem.

[No. 8269–1–II.   Division Two.   June 12, 1987.]

GARY E. CRAWFORD, *Appellant,* v. VICTOR L. LYON, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-02873-1, Thomas R. Sauriol, J., entered October 19, 1984. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Brachtenbach and Gavin, JJ. Pro Tem.

[No. 8772–3–II.   Division Two.   June 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FECUNDO
HERNANDEZ–HIDALGO, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84-1-00584-0, Thomas L. Lodge, J., entered February 13, 1985. *Reversed* by unpublished opinion per Foscue, J. Pro Tem., concurred in by Hamilton and Utter, JJ. Pro Tem.